IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4:23-CR-00075 |
| v. | (Chief Judge Brann) |
| ELIJAH GAMON, | |
| Defendant. | |

### ORDER

JANUARY 6, 2026

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendant Elijah Gamon's Motion in Limine to Exclude Reference to Prior Convictions, Wrongs, or Acts (Doc. 74) is **GRANTED IN PART and DENIED IN PART**;

   i. The Government's proffered other acts evidence is inadmissible pursuant to Federal Rule of Evidence 404(b);

   ii. The Government's proffered admission of the Defendant's 2022 conviction for driving under the influence is inadmissible pursuant to Federal Rule of Evidence 609(a);

   iii. The Government's proffered admission of the Defendant's other three convictions, listed in its Motion in Limine Pursuant to Rule 609 (Doc. 79), will be admissible in a sanitized form in

the event that the Defendant testifies at his trial. They will only be allowed to be referred to as "prior felony" convictions and the Government will only be permitted to ask about the fact of the convictions and date of the convictions.

2. The Government's Motion in Limine to Admit Other Acts (Doc. 77) is **DENIED;**

3. The Government's Motion in Limine Pursuant to Rule 609 (Doc. 79) is **DENIED**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge