IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4:23-CR-00075 |
| v. | (Chief Judge Brann) |
| ELIJAH GAMON, | |
| Defendant. | |

## ORDER

JANUARY 7, 2026

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that Defendant Elijah Gamon's Motion to Suppress Evidence (Doc. 82) is **DENIED**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge